# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. BLAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. D. BITER, et al.,<br><br>　　　　Defendants. | 1:16-cv-00933-BAM (PC)<br><br>ORDER REGARDING REQUEST FOR STATUS<br><br>(ECF No. 11) |

Plaintiff Ricky L. Bland ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on June 28, 2016. On January 20, 2017, Plaintiff filed an untitled document, which appears to be request for the status of this action. In particular, Plaintiff inquires as to whether an answer to his civil rights complaint has been filed. (ECF No. 11 at p. 1.)

Generally, the Court will not respond in writing to individual inquiries regarding the status of a case. (ECF No. 3-1 at p. 4.) However, given the time lapse between the initial filing of this action and screening of the complaint, Plaintiff's request for status is GRANTED. Plaintiff is informed that on June 23, 2017, the Court dismissed Plaintiff's complaint with leave to amend. (ECF No. 14.) There currently is no operative complaint on file, no claims have been found cognizable, no service has been initiated on defendants, and no defendant has filed an answer or otherwise appeared in this action.

1

Plaintiff is reminded that any amended complaint must be filed within thirty (30) days from the date of service of the Court's June 23, 2017 screening order. (ECF No. 14 at p. 10). If Plaintiff fails to file a first amended complaint in compliance with that order, this action will be dismissed for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated: **June 30, 2017**       /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE