# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY L. BLAND, | Case No. 1:16-cv-00933-BAM (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE OCTOBER 6, 2017 SCREENING ORDER ON PLAINTIFF |
| v. | |
| M.D. BITER, et al., | ORDER EXTENDING DEADLINE TO FILE SECOND AMENDED COMPLAINT |
| Defendants. | |
| | **THIRTY (30) DAY DEADLINE** |

Plaintiff Ricky L. Bland ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 6, 2017, the Court issued an order dismissing Plaintiff's first amended complaint for failure to state a claim upon which relief may be granted. (ECF No. 20.) The Court also granted Plaintiff **a final opportunity** to file an amended complaint curing the identified deficiencies. (Id.) Plaintiff's second amended complaint was due on or before November 8, 2017.

On October 10, 2017, Plaintiff filed a notice of change of address. (ECF No. 21.) That document states that Plaintiff was transferred from Ironwood State Prison to Kern Valley State Prison on September 27, 2017. (Id.) Pursuant to Plaintiff's notice of change of address, the Court finds it appropriate to extend the time for Plaintiff to file a second amended complaint.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to re-serve the Court's October 6, 2017 order dismissing the first amended complaint and granting leave to amend (ECF No. 20) on Plaintiff at his current address of record;
2. Plaintiff's second amended complaint shall be filed within **thirty (30) days** from the date of service of this order; and
3. **If Plaintiff fails to file a second amended complaint in compliance with this order, this action will be dismissed for failure to obey a court order and failure to state a claim.**

IT IS SO ORDERED.

Dated: **November 15, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE